| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>TREADWELL, MARC T. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, MIDDLE<br>DISTRICT OF GEORGIA | 3. Date of Report<br><br>05/31/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual      ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>P. O. BOX 65<br>MACON, GA 31202 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Mercer Law School - Salary | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 3) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account (Y) | | | | | | | | | |
| 2. State Bank and Trust Company | | None | K | T | Open | 11/01/12 | K | | |
| 3. Rental Property #1, Fripp Island, SC | E | Rent | N | W | | | | | |
| 4. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 5. Brokerage #1 | | | | | | | | | |
| 6. -Merrill Lynch Cash Management Account | A | Interest | M | T | | | | | |
| 7. -Powershares VRDO Tax Free Fund | A | Dividend | M | T | | | | | |
| 8. -SP500 Stepup Issuer BAC | | None | J | T | Buy | 7/26/12 | J | | |
| 9. Brokerage #2 | | | | | | | | | |
| 10. -Merrill Lynch Cash Management Account | | | J | T | | | | | |
| 11. -American Express Company (common) | A | Dividend | L | T | | | | | |
| 12. -Ameriprise Financial Inc (common) | A | Dividend | J | T | | | | | |
| 13. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |
| 14. -General Electric (common) | A | Dividend | J | T | | | | | |
| 15. -Home Depot Inc (common) | A | Dividend | K | T | | | | | |
| 16. -Johnson and Johnson (common) | A | Dividend | K | T | | | | | |
| 17. -Kimberly Clark (common) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 19. Brokerage #3 | | | | | | | | | |
| 20. -Morgan Stanley Smith Barney Bank Deposit Program (X) | A | Interest | | | Closed | 09/24/12 | K | | |
| 21. Brokerage #4 | | | | | | | | | |
| 22. -Merrill Lynch Cash Management Account | | None | J | T | | | | | |
| 23. -Allianz NFJ Dividend Value Fd Cl P | A | Dividend | J | T | | | | | |
| 24. -Allianz NFJ International Value Fund | A | Dividend | J | T | | | | | |
| 25. -Columbia Value & Restructuring Fund Cl Z | A | Dividend | | | Sold | 04/10/12 | J | | |
| 26. -DWS Intrmd Tax/AMT Free Cl S | A | Dividend | | | Sold | 4/10/12 | J | A | |
| 27. -Henderson International Opportunities Fd Cl I | | None | | | Sold | 04/10/12 | J | | |
| 28. -Ivey Asset Strategy Fund Cl I | A | Dividend | J | T | | | | | |
| 29. -Legg Mason Western Asset Municipal High Income I | A | Dividend | | | Sold | 10/04/12 | J | A | |
| 30. -Lord Abbet Intermediate Tax Free Fd Cl F | A | Dividend | J | T | Buy (add'l) | 10/04/12 | J | | |
| 31. -Mainstay Large Cap Growth Fund Cl I | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |
| 32. -MFS Value Fd Cl I | A | Dividend | J | T | | | | | |
| 33. -Oppenheimer Gold & Special Minerals Fd Cl Y | A | Dividend | J | T | | | | | |
| 34. -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Rydex/SGI Mid Cap Value Fund Cl I (Y) | | | | | | | | | |
| 36. -T Rowe Price Summit Muni Intermediate Fd | A | Dividend | J | T | Buy (add'l) | 4/10/12 | J | | |
| 37. -Nuveen High Yield Muni Bond Fd Cl I | A | Dividend | J | T | Buy | 10/4/12 | J | | |
| 38. -Guggenheim Mid Cap Value Fund Cl I (X) | A | Dividend | J | T | | | | | |
| 39. -Permanent Portfolio Fund | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 40. -Blackrock Equity Dividend Fund Instl | A | Dividend | J | T | Buy | 4/10/12 | J | | |
| 41. IRA #1 | B | Dividend | L | T | | | | | |
| 42. -Merrill Lynch cash holding account | | | | | | | | | |
| 43. -Allianz NFJ Dividend Value Fd Cl P | | | | | Sold | 7/6/12 | J | | |
| 44. -Blackrock Equity Dividend Fund Instl | | | | | Buy (add'l) | 2/24/12 | J | | |
| 45. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 46. -Cohen & Steers International Realty Fd Cl I | | | | | Sold | 2/24/12 | J | | |
| 47. -Credit Suisse Commodity Return Strat Fd Cl A | | | | | Sold | 7/6/12 | J | | |
| 48. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | | | | | |
| 49. -Dreyfus Appreciation Fd | | | | | Sold (part) | 2/24/12 | J | A | |
| 50. -Eagle Small Cap Growth Fund Cl I | | | | | | | | | |
| 51. -First Eagle Gold Fd Cl I | | | | | Buy (add'l) | 7/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Harbor International Fund Instl Cl | | | | | Buy (add'l) | 02/24/12 | J | | |
| 53. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | Buy (add'l) | 2/24/12 | J | | |
| 54. -Legg Mason Western Asset Municipal High Income I | | | | | Sold | 2/24/12 | J | A | |
| 55. -Mainstay Large Cap Growth Fund Cl I | | | | | | | | | |
| 56. -MFS Research Bond Fund Cl I | | | | | Sold (part) | 7/6/12 | J | A | |
| 57. -Neuberger Berman High Income Bond Fd Cl Inst | | | | | | | | | |
| 58. -Oppenheimer Rising Dividends Fund Cl Y | | | | | Sold (part) | 2/24/12 | J | A | |
| 59. -TCW Total Return Bond Fd Cl Y | | | | | Sold | 2/24/12 | J | | |
| 60. -TCW Total Return Bond Fd Cl I | | | | | Buy | 7/6/12 | J | | |
| 61. -American Century Inflation Adj Bd Inv Cl | | | | | Buy | 02/24/12 | J | | |
| 62. -Principal Preferred Securities Fund Cl P | | | | | Buy | 2/24/12 | J | | |
| 63. -Cohen & Steers Realty Shares Fund Cl N | | | | | Buy | 7/6/12 | J | | |
| 64. IRA #2 | A | Int./Div. | L | T | | | | | |
| 65. -Smith Barney Bank Deposit Program cash account | | | | | | | | | |
| 66. -Capital World Growth & Income Fd Cl B (Y) | | | | | | | | | |
| 67. -Capital World Growth & Income Fd Cl A (X) | | | | | | | | | |
| 68. 401(k) Retirement Plan | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Funds - Growth Fund of America-R2 (Y) | | | | | | | | | |
| 70. -American Funds - Investment Company of America-R2 (Y) | | | | | | | | | |
| 71. -American Funds - Fundamental Investors-R2 (Y) | | | | | | | | | |
| 72. -American Funds - Growth Fund of America-R3 (X) | | | | | | | | | |
| 73. -American Funds - Investment Company of America-R3 (X) | | | | | | | | | |
| 74. -American Funds - Fundamental Investors-R3 (X) | | | | | | | | | |
| 75. IRA #3 | B | Int./Div. | L | T | | | | | |
| 76. -Merrill Lynch cash holding account | | | | | | | | | |
| 77. -Allianz NFJ Dividend Value Fd Cl P | | | | | Sold | 7/6/12 | J | | |
| 78. -Blackrock Equity Dividend Fund Instl | | | | | Buy (add'l) | 2/24/12 | J | | |
| 79. | | | | | Buy (add'l) | 7/6/12 | J | | |
| 80. -Cohen & Steers International Realty Fd Cl I | | | | | Sold | 2/24/12 | J | | |
| 81. -Credit Suisse Commodity Return Strat Fd Cl A | | | | | Sold | 7/6/12 | J | | |
| 82. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | | | | | |
| 83. -Dreyfus Appreciation Fd | | | | | Sold (part) | 2/24/12 | J | A | |
| 84. -Eagle Small Cap Growth Fund Cl I | | | | | | | | | |
| 85. -First Eagle Gold Fd Cl I | | | | | Buy (add'l) | 7/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Harbor International Fund Instl Cl | | | | | Buy (add'l) | 2/24/12 | J | | |
| 87. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | Buy (add'l) | 2/24/12 | J | | |
| 88. -Legg Mason Western Asset Municipal High Income I | | | | | Sold | 2/24/12 | J | A | |
| 89. -Mainstay Large Cap Growth Fund Cl I | | | | | | | | | |
| 90. -MFS Research Bond Fund Cl 1 | | | | | Sold (part) | 7/6/12 | J | A | |
| 91. -Neuberger Berman High Income Bond Fd Cl Inst | | | | | | | | | |
| 92. -Oppenheimer Rising Dividends Fund Cl Y | | | | | Sold (part) | 2/24/12 | J | A | |
| 93. -TCW Total Return Bond Fd Cl Y | | | | | Sold | 2/24/12 | J | | |
| 94. -American Centruy Inflation Adj Bd Inv Cl | | | | | Buy | 2/24/12 | J | | |
| 95. -Principal Preferred Securities Fund Cl I | | | | | Buy | 2/24/12 | J | | |
| 96. -TCW Total Return Bond Fd Cl 1 | | | | | Buy | 7/6/12 | J | | |
| 97. -Cohen & Steers Realty Shares Find Cl N | | | | | Buy | 7/6/12 | J | | |
| 98. 529 College Savings Plan | | None | J | T | | | | | |
| 99. -Blackrock 100% Equity Port | | | | | | | | | |
| 100. Trust #1 | E | Int./Div. | O | T | | | | | |
| 101. -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | | | | | |
| 102. -BP PLC Spons ADR (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Exxon Mobil Corp (Common) | | | | | | | | | |
| 104. -Praxair Inc (Common) | | | | | | | | | |
| 105. -General Electric Co (Common) | | | | | | | | | |
| 106. -Home Depot Inc (Common) | | | | | | | | | |
| 107. -Coca-Cola Co (Common) | | | | | | | | | |
| 108. -Colgate Palmolive Co (Common) | | | | | Sold (part) | 8/14/12 | J | D | |
| 109. -Kimberly Clark Corp (Common) | | | | | | | | | |
| 110. -Bristol Myers Squibb Co (Common) | | | | | | | | | |
| 111. -Johnson & Johnson (Common) | | | | | Sold (part) | 8/14/12 | K | D | |
| 112. -American Express Co (Common) | | | | | | | | | |
| 113. -Bank of America Corp (Common) | | | | | Sold | 8/14/12 | J | | |
| 114. -JP Morgan Chase & Co (Common) | | | | | | | | | |
| 115. -Charles Schwab Corp (Common) | | | | | Sold | 2/3/12 | J | | |
| 116. -Wells Fargo & Co New (Common) | | | | | | | | | |
| 117. -Hewkett-Packard Co (Common) | | | | | Sold | 8/14/12 | J | B | |
| 118. -Intel Corp (Common) | | | | | | | | | |
| 119. -Microsoft Corp (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Verizon Communications (Common) | | | | | | | | | |
| 121.  -Forum Funds - Absolute Strategies Fd Instl Cl | | | | | | | | | |
| 122.  -Manning & Napier Funds - World Opptys Ser Cl A | | | | | | | | | |
| 123.  -Oppenheimer Funds - Developing Mkts Instl Fd Cl Y | | | | | | | | | |
| 124.  -PNC Fincl Svcs Group Inc (Common) | | | | | Buy | 2/3/12 | J | | |
| 125. | | | | | Buy (add'l) | 8/14/12 | J | | |
| 126.  -Apple Inc (Common) | | | | | Buy | 8/14/12 | K | | |
| 127.  -Capital One Fncl Corp (Common) | | | | | Buy | 8/14/12 | J | | |
| 128.  -International Business Machines Corp (Common) | | | | | Buy | 8/14/12 | J | | |
| 129.  Trust #2 | C | Int./Div. | N | T | | | | | |
| 130.  -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | | | | | |
| 131.  -Exxon Mobil Corp (Common) | | | | | | | | | |
| 132.  -General Electric Co (Common) | | | | | | | | | |
| 133.  -Home Depot Inc (Common) | | | | | Donated (part) | | | | |
| 134.  -Abbott Labs (Common) | | | | | Sold (part) | 10/19/12 | J | | |
| 135.  -JP Morgan Chase & Co (Common) | | | | | | | | | |
| 136.  -Intel Corp (Common) | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Oppenheimer Funds-Developing Mkts Instl Fd Cl Y | | | | | | | | | |
| 138. -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | | | | | | | | |
| 139. Trust #3 | B | Int./Div. | L | T | | | | | |
| 140. -Cash - ML Bank Deposit Program | | | | | | | | | |
| 141. -General Electric (Common) | | | | | | | | | |
| 142. -Johnson and Johnson (Common) | | | | | | | | | |
| 143. -Wal-Mart Stores Inc (Common) | | | | | | | | | |
| 144. Trust #4 | C | Int./Div. | M | T | | | | | |
| 145. -General Electric (Common) | | | | | | | | | |
| 146. -Home Depot Inc (Common) | | | | | | | | | |
| 147. -Johnson and Johnson (Common) | | | | | | | | | |
| 148. -MFS Growth Allocation Fund Cl C | | | | | Sold (part) | 11/19/12 | J | C | |
| 149. -Bac Clim Global E (MLGEZ) | | | | | Redeemed | 7/27/12 | J | B | |
| 150. -Wal-Mart Stores Inc (Common) | | | | | Sold (part) | 2/23/12 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 4: The value of the universal life policy in Column C(1) is the ccontract value as of 12/31/2012.

Part VII, Lines 35 and 38: During 2012, the name of the security on line 35 changed from "Rydex/SGI Mid Cap Value Fund Cl I" to "Guggenheim Mid Cap Value Fund Cl I" entered on line 38. (Stock symbol SVUIX)

Part VII, Lines 69 - 74: On 7/10/2012, the American Funds "R2" investment funds on lines 69, 70 and 71 were exchanged into the American Funds "R3" investment funds on lines 72, 73 and 74.

Part VII, Lines 66 and 67: On 10/11/12, the American Cap World Growth & Income "Class B" shares were exchanged for American Cap World Growth & Income "Class A" shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544